NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
:
IN RE PAULSBORO                          :
DERAILMENT CASES                         :          Master Docket No. 13-784 (RBK/KMW)
                                         :          (Doc. No. 325)
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
                                         :
_____         :
                                         :
TONYA KIDD, et al.                       :
                                         :
                    Plaintiffs           :          Civil No. 13-208 (RBK/KMW)
                                         :          (Doc. No. 87)
          v.                             :
                                         :          **ORDER**
CONSOLIDATED RAIL                        :
CORPORATION, et al.                      :
                                         :
                    Defendants.          :
_____         :


     **THIS MATTER** having come before the Court upon the motion of Tonya Kidd, et al.

("Plaintiffs") to remand this case to the Superior Court of New Jersey, Gloucester County, and

the Court having considered the moving papers and responses thereto, and for the reasons

expressed in the Opinion issued this date;

     **IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED**.

     **IT IS HEREBY FURTHER ORDERED** that Plaintiffs shall file a Second Amended

Complaint within 14 days of entry of this Order, which shall include allegations as to the

citizenship of all parties.  The complaint shall not otherwise be amended without leave of the

Court.


Dated: 03/24/2014                                          /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge