

Michael G. Sinkevich, Jr.
Attorney at Law
MGS@LiebermanBlecher.com
NJ & NY BARS

Reply to Princeton Office

10 Jefferson Plaza | Suite 400 | Princeton | NJ | 08540
Telephone 732.355.1311  Facsimile 732.355.1310

845 Third Avenue | 6th Floor | New York | NY | 10022
Telephone 646.290.5121  Facsimile 646.290.5001
BY APPOINTMENT ONLY

May 17, 2017

**VIA ECF**

Honorable Karen M. Williams, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building, Room 2040
1 John F. Gerry Plaza
Camden, New Jersey 08101

      RE:    Kidd, et al. v. Conrail, et al.
                 Civil Action No. 1:13-cv-00208-RBK-KMW

Dear Judge Williams:

      This firm represents Plaintiffs in the above-referenced <u>Kidd</u> matter. Please accept this letter in response to the Court's May 12, 2017 Text Order concerning the status of the litigation as to Logan Franks and Rusling V. Slawter, III.

      Plaintiff Logan Franks entered into a settlement agreement with Defendants on December 16, 2014. By letter dated October 7, 2016, Defendants provided Mr. Franks, via our office, with the agreed to settlement payment. As such, the claims filed by Mr. Franks against Defendants in the above-referenced matter have been resolved.

      By Notice of Dismissal dated May 21, 2014, Plaintiff Rusling V. Slawter, III, dismissed his claims against Defendants without prejudice. A copy of the filed Notice of Dismissal is enclosed. As such, Mr. Slawter does not have any pending claims against Defendants in the above-referenced matter.

      We thank Your Honor for Your Honor's continued time and attention to this matter.

                              Respectfully submitted,

                              s/ Michael G. Sinkevich, Jr.

                              Michael G. Sinkevich, Jr., Esq.
                              of LIEBERMAN & BLECHER, P.C.

/mgs
Enclosure
cc:     All Counsel (*via ECF*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE<br>PAULSBORO DERAILMENT CASES<br><br>TONYA KIDD, *et al.*<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CONSOLIDATED RAIL CORP., *et al.*,<br><br>　　　Defendants. | MASTER DOCKET NO.<br>1:13-cv-784 (RBK/KWM)<br><br>Civil Action No. 1:13-cv-00208-(RBK/KMW)<br><br>NOTICE OF DISMISSAL |

TO: Clerk, United States District Court
　　　District of New Jersey
　　　Mitchell H. Cohen Building & U.S. Courthouse
　　　Fourth & Cooper Streets, Room 1050
　　　Camden, NJ  08101

　　　Plaintiff Rusling V. Slawter, III ("Plaintiff"), pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his Complaint as to Defendants Consolidated Rail Corporation, Norfolk Southern Railway Company a/k/a Northfolk Southern Corporation, CSX Transportation, Inc., John or Jane doe (a railroad engineer), James or Joy Doe (a railroad dispatcher), John or Jane Does 1-100, fictionally plead defendants (collectively "Defendants") without prejudice.

　　　Defendants have consented to dismissal, and have not yet filed an answer to Plaintiff's Third Amended Complaint. Plaintiffs voluntary dismissal under Rule 41 (a)(1)(i) is therefore appropriate.

Dated: May 21, 2014

　　　　　　　　　　　　　　　　　　　　　　s/ Stuart J. Lieberman
　　　　　　　　　　　　　　　　　　　　　　Stuart J. Lieberman, Esq.
　　　　　　　　　　　　　　　　　　　　　　LIEBERMAN & BLECHER, P.C.
　　　　　　　　　　　　　　　　　　　　　　10 Jefferson Plaza, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　　　　　(732) 355-1311